**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE HOLLAND LAW FIRM<br>300 North Tucker Boulevard,<br>Suite 801<br>St. Louis, MO 63101<br><br>Plaintiff,<br><br>v.<br><br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES<br>200 Independence Ave., SW<br>Washington, DC 20201<br>and<br><br>CENTERS FOR MEDICARE AND<br>MEDICAID SERVICES<br>7500 Security Boulevard<br>Baltimore, Maryland 21244-1850<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. |

**COMPLAINT**

Plaintiff The Holland Law Firm, by and through its undersigned counsel, brings this action against Defendants U.S. Department of Health & Human Services ("HHS") and Centers for Medicare and Medicaid Services ("CMS," together with HHS, "Defendants") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*. Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.      Venue in this district is proper pursuant to 5 U.S.C. § 552(a)(4)(B).

3.      Because Defendants have failed to comply with the applicable statutory time-limit for responding to a request under the FOIA, Plaintiff is deemed to have constructively exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency from continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

4.      Plaintiff The Holland Law Firm is a law firm that maintains a principal place of business in St. Louis, Missouri, with a full residence address of 300 North Tucker Boulevard, Suite 801, St. Louis, MO 63101.

5.      Defendant U.S. Department of Health and Human Services is a department of the executive branch of the U.S. government and is an agency within the meaning of 5 U.S.C. § 552(f)(1). HHS is headquartered at 200 Independence Ave., SW, Washington, DC 20201. HHS has possession, custody, and control of records that Plaintiff seeks through its FOIA request.

6.      Defendant Centers for Medicare and Medicaid Services is an operating division within the Office of the Secretary of HHS and is an agency of the executive branch of the U.S. government within the meaning of 5 U.S.C. § 552(f)(1). CMS is headquartered at 7500 Security Boulevard, Baltimore, Maryland 21244-1850. CMS has possession, custody, and control of records that Plaintiff seeks through its FOIA request.

## STATEMENT OF FACTS

7.      On March 25, 2024, Plaintiff, through counsel, sent a single, narrowly-tailored FOIA request to CMS (the "Request"), seeking:

> Memoranda, guidance, policies, procedures, and/or communications created or in effect at any time from January 1, 2020 to present, concerning resource constraints related to global settlement of mass tort claims, including the resources available at the Benefits Coordination & Recovery Center ("BCRC") to process mass tort claims.

A true and correct copy of the Request is annexed as **Exhibit A**.

8.      On March 25, 2024, CMS sent Plaintiff a letter acknowledging that it had received the Request and had assigned it Control Number 032520247069. A true and correct copy of CMS's letter is annexed as **Exhibit B**.

9.      The statutory twenty-working day period for CMS to provide a determination response to the Request ended on April 15, 2024.

10.     As of the date of this Complaint, Defendants have failed to: (i) determine whether to comply with the request; (ii) notify Plaintiff of any such determination or the reasons therefore; (iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

## COUNT I

### (Violation of FOIA, 5 U.S.C. § 552)

11.     Plaintiff repeats and realleges each allegation set forth in the preceding paragraphs and incorporates them by reference herein.

12.     Defendants HHS and CMS are agencies subject to FOIA and must therefore release in response to a FOIA request any disclosable records in their possession at the time of the request

and provide a lawful reason for withholding any material as to which it is claiming an exemption under FOIA.

13.     Plaintiff, through the Request, properly requested records within Defendants' control.

14.     Plaintiff has exhausted all administrative remedies under the FOIA as to the Request. To trigger FOIA's administrative exhaustion requirement, Defendants were required to make a final determination on the Request no later than April 15, 2024. Because Defendants failed to make a final determination on the Request within the time limits set by FOIA, Plaintiff is deemed to have exhausted its administrative appeal remedies.

15.     Defendants' failure to timely provide a determination on the Request violates the FOIA, 5 U.S.C. § 552(a)(6)(A).

## REQUESTED RELIEF

WHEREFORE, Plaintiff respectfully request the Court to:

(1)     Order Defendants to conduct a search or searches reasonably calculated to uncover all records responsive to the Request;

(2)     Order Defendants to produce, by such date as the Court deems appropriate, any and all non-exempt records responsive to the Request and an index justifying the withholding of any responsive records withheld under claim of exemption;

(3)     Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to the Request;

(4)     Award Plaintiff attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5)     Grant such other and further relief as the Court deems just and proper.

Dated: April 16, 2024                    Respectfully submitted,

**NELSON MULLINS RILEY &**
**SCARBOROUGH**

*/s/James W. Orth*
James W. Orth
Charles A. Munn
101 Constitution Avenue, NW
Suite 900
Phone: 704-417-3014
Fax:     704-377-4814
james.orth@nelsonmullins.com
charles.munn@nelsonmullins.com

*Attorneys for Plaintiff The Holland Law Firm*